IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT SMITH                                                                                       PETITIONER
ADC #133395

v.                              NO. 5:12CV00048 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                   RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere and has reviewed *de novo* those portions of the report and recommendation to which Smith objected. This Court adopts the Recommendation as its own. Mr. Smith's Petition for Writ of Habeas Corpus is dismissed without prejudice. Document #2. All pending motions are denied as moot.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11, Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 28th day of February, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE