# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ALBERT SMITH                                                                                                    PETITIONER
ADC #133395

v.                                    NO. 5:12CV00048 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Albert Smith's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of February, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE